# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER MURRAY,<br><br>                   Petitioner,<br><br>      v.<br><br>A SOTO, Warden,<br><br>                   Respondent. | Case No. 2:13-cv-02893-VAP-SHK<br><br>**JUDGMENT** |

For the reasons set forth in the separate Order Denying Petition as Moot and Dismissing Case,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: September 23, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge